Serial: **259771**

# IN THE SUPREME COURT OF MISSISSIPPI

## No. 2024-CA-00791-SCT

*P.K. LOYACONO, PLLC AND PAUL KELLY LOYACONO, INDIVIDUALLY*

**FILED**

NOV 0 6 2025

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

*v.*

*RAYMOND JAMES FINANCIAL SERVICES, INC., MORGAN STANLEY SMITH BARNEY, LLC, WILLIAM MARION ROBINSON, II AND F.M. "EASY" BIEDENHARN D/B/A MONUMENTAL FINANCIAL PARTNERS*

## EN BANC ORDER

Before the Court are Morgan Stanley Smith Barney LLC's Motion to Dismiss Appeal from Final Judgment for Lack of Jurisdiction and Raymond James Financial Services Inc., William Marion Roberson II, and F.M. "Easy" Biedenharn's Joinder to Morgan Stanley's Motion to Dismiss Appeal. Also before the Court is the Response in Opposition to Appellees' Motion to Dismiss Appeal from Final Judgment for Lack of Jurisdiction. After due consideration, the Motion to Dismiss Appeal from Final Judgment for Lack of Jurisdiction is granted.

On May 24, 2024, the Warren County Circuit Court entered a final judgment dismissing with prejudice all claims. On May 24, 2024, Plaintiffs filed a Motion to Reconsider that did not state any grounds for the relief sought as required by Rule 7(b)(1) of

the Mississippi Rules of Civil Procedure. On May 30, 2024, Plaintiffs filed another Motion to Reconsider that did not assert any grounds for the relief sought. The May 30 motion was unsigned and did not comply with Rule 11(a) of the Mississippi Rules of Civil Procedure. On July 9, 2024, Plaintiffs filed a Notice of Appeal.

Pursuant to Rule 4(a) of the Mississippi Rules of Appellate Procedure, a notice of appeal must be filed within thirty days "after the entry of the judgment or order appealed from." We find that neither the May 24 motion nor the May 30 motion tolled the time for filing the notice of appeal. The filing of the notice of appeal on July 9, 2024, was more than thirty days after the circuit court's final judgment entered on May 24, 2024.

Compliance with Rule 4(a)'s thirty-day requirement is mandatory and jurisdictional. *Duncan v. St. Romain*, 569 So. 2d 687 (Miss. 1990). Because the notice of appeal was filed more than thirty days after the entry of judgment, this Court lacks jurisdiction.

IT IS, THEREFORE, ORDERED that the Motion to Dismiss Appeal from Final Judgment for Lack of Jurisdiction is hereby granted.

SO ORDERED, this the ___6TH___ day of November, 2025.

DAVID P. SULLIVAN, JUSTICE
FOR THE COURT


AGREE: KING AND COLEMAN, P.JJ., CHAMBERLIN, ISHEE, GRIFFIS, SULLIVAN AND BRANNING, JJ.

NOT PARTICIPATING: RANDOLPH, C.J., AND MAXWELL, J.